# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Mohammad Abzal**
  Plaintiff
 v.        CASE NUMBER: 6:13-cv-1551 (DEP)

**Carolyn W. Colvin**
  Defendant

**Decision by Court.** This action came a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for judgment on the pleadings is GRANTED. The Commissioner's determination that plaintiff was not disabled at the relevant times, and thus not entitled to benefits under the Social Security Act, is VACATED. The matter is hereby REMANDED to the Commissioner, with a directed finding of disability, for the purpose of calculating benefits owing to the plaintiff.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 4th day of September, 2014.

DATED: September 4, 2014

                _Lawrence K. Baerman_
                Clerk of Court

                s/ Michelle Coppola
                Deputy Clerk